UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 2 7 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  **4:14CR262 SNLJ/SPM** |
| | ) | |
| RUDOLPH VALENTINO ATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about July 16, 2014, in the City of St. Louis within the Eastern District of Missouri,

**RUDOLPH VALENTINO ATKINS,**

the defendant herein, having been convicted previously of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which had previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g) (1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
John T. Bird
Assistant United States Attorney